44 A.3d 655

Ulyesses ADAMS, Petitioner

v.

COMMONWEALTH COURT OF PENNSYLVANIA, Respondent.

No. 29 EM 2012.

Supreme Court of Pennsylvania.

May 23, 2012.

## ORDER

PER CURIAM.

AND NOW, this 23rd day of May, 2012, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.